MICHAEL S. WILDERMUTH, ESQ., SB#143758
*mwildermuth@npwlaw.com*
SHARLENE D. LEE, ESQ., SB#274033
*slee@npwlaw.com*
NEVERS, PALAZZO, PACKARD, WILDERMUTH & WYNNER, PC
31248 Oak Crest Drive, Suite 100
Westlake Village, California 91361
Telephone: (818) 879-9700
Facsimile: (818) 879-9680

Attorneys for Image 2000, Inc.

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re<br><br>ALVIN ZAPENTA MAGCALAS AND ROSARIO HERNANDEZ MAGCALAS,<br><br>    Debtors. | CASE NO. 1:19-bk-13139-VK<br>Adversary Number: 1:20-ap-01001-VK<br><br>Chapter 13<br><br>**PROOF OF SERVICE OF DOCUMENT** |
| IMAGE 2000, INC.,<br><br>    Plaintiff,<br><br>    vs.<br><br>ROSARIO HERNANDEZ MAGCALAS,<br><br>    Defendant. | |

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

Nevers, Palazzo, Packard, Wildermuth & Wynner, PC 31248 Oak Crest Dr., Suite 100, Westlake Village, CA 91361

A true and correct copy of the foregoing document entitled (*specify*): Summons and Notice of Status Conference in Adversary Proceeding; Complaint of Image 2000, Inc. for Nondischargeability of a Debt and for Damages; and Judge Victoria S. Kaufman's Status Conference Instructions

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) __01/08/2020__, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Jeffrey N. Wishman, Esq.
1056 Wilshire Blvd., Suite 1900
Los Anglees, CA 90017
Attorney for Debtor Rosario Hernandez Macalas

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) __01/08/2020__, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☑ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 1/8/20 | Georgina Sandy | *[signature]* |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                        **F 9013-3.1.PROOF.SERVICE**

## Proof of Service

### Service Information

3. Judge Victoria S. Kaufman
   U.S. Bankruptcy Court
   San Fernando Valley Division
   Suite 354
   21041 Burbank Blvd.
   Woodland Hills, CA 91367

W:\Working\09301\10\W0265904.DOCX